IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA C. ALFARO,

    Plaintiff,                    No. 2:12-cv-2113 KJM GGH PS

    vs.

UNITED STATES OF AMERICA,

    Defendant.                  <u>ORDER</u>

_____/

        On September 11, 2012, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        The court presumes that any findings of fact are correct.  *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS ORDERED that

1. The Findings and Recommendations filed September 11, 2012, are ADOPTED;

2. Plaintiff's application to proceed in forma pauperis, filed August 13, 2012, is denied, and

3. Plaintiff is given twenty-eight (28) days in which to pay the filing fee of $350.00.  Failure to pay the filing fee within the required time will result in dismissal of this action.

DATED:  October 18, 2012.

_____
UNITED STATES DISTRICT JUDGE