IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA C. ALFARO,

    Plaintiff,               No. 2:12-cv-2113 KJM GGH PS

    vs.

UNITED STATES OF AMERICA,

    Defendant.           FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed October 18, 2012 plaintiff's application to proceed in forma pauperis was denied, plaintiff was directed to pay the appropriate filing fee within twenty-eight days, and she was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty-eight day period has now expired, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee.

        Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of her current address at all times. L.R. 182(f). Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  Such a document should be captioned "Objections to Magistrate
5  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
6  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
7  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
8  DATED: November 29, 2012

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE

GGH/076/Alfaro2113.fifp.wpd